

**Daniel N. Marx**
TEL: 857-321-8360
FAX: 857-321-8361
DMARX@FICKMARX.COM

February 12, 2020

**By ECF**
The Honorable Katherine Polk Failla
U.S. District Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**MEMO ENDORSED**

> Re:   *L.E.K. Consulting LLC v. Amicus Capital Partners, LLC*,
>        No. 19-cv-10648 (KPF) (S.D.N.Y.)

Dear Judge Failla:

With the consent of Defendant Amicus Capital Partners, LLC ("Amicus"), Plaintiff L.E.K. Consulting LLC ("L.E.K.") requests an adjournment of the initial case management conference that the Court scheduled for February 20, 2020, in this matter. (DE 6.)

On November 18, 2019, this matter was commenced with the filing of the Summons and Complaint. (DE 1, 5.) On December 28, 2019, L.E.K. served Amicus, by personally serving the Summons and Complaint on Mr. Colin A. Forde, a Managing Partner of Amicus, and on January 3, 2019, L.E.K. filed an affidavit of service with the Court. (DE 7.) Amicus failed to answer or otherwise respond to the Complaint, and the time for doing so has expired. On January 31, 2020, the Clerk issued a Certificate of Default. (DE 12.)

As far as L.E.K. knows, Amicus is not represented by counsel in this matter. Accordingly, undersigned counsel notified Mr. Forde and Dr. Jabali K. Wells, another Managing Partner of Amicus, that L.E.K. has obtained a Certificate of Default and intends to move promptly for a Default Judgment but that L.E.K. remains open to the possibility of resolving this matter before the entry of judgment.

Undersigned counsel conferred with Mr. Forde, and Amicus assents to this motion by L.E.K. to adjourn the initial case management conference.

      Accordingly, L.E.K. respectfully requests that this Court adjourn the initial case management conference set for February 20, 2020.

                                        Sincerely,

                                        Daniel N. Marx

cc (by email):
    Chambers
    Colin A. Forde
    Jabali K. Wells

                                      SO ORDERED.

                                      _____
                                      Katherine Polk Failla
                                      U.S. District Judge
                                      February ___, 2020

```
Application GRANTED.  The initial pretrial conference currently scheduled
for February 20, 2020, is hereby ADJOURNED sine die.  Furthermore, the
Court ORDERS Plaintiff to either inform the Court of a settlement in this
action or file for an entry of default judgment on or before March 30,
2020.

Dated:    February 12, 2020              SO ORDERED.
          New York, New York
```

                                                        HON. KATHERINE POLK FAILLA
                                                        UNITED STATES DISTRICT JUDGE