UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L.E.K. CONSULTING LLC,

                    Plaintiff,

            -v.-

AMICUS CAPITAL PARTNERS, LLC,

                    Defendant.

19 Civ. 10648 (KPF)

SCHEDULING ORDER

KATHERINE POLK FAILLA, District Judge:

On February 18, 2020, this Court issued an Order to Show Cause why default judgment should not be entered against Defendant Amicus Capital Partners, LLC. (Dkt. #18). In that Order, the Court set a default hearing for April 3, 2020. (*Id.*). Due to a scheduling conflict, the Court now ADJOURNS that hearing to **April 6, 2020, at 10:00 a.m.** The Court ORDERS Plaintiff L.E.K Consulting LLC to serve a copy of this Order on Defendant Amicus Capital Partners, LLC, by 5:00 p.m. on March 12, 2020.

SO ORDERED.

Dated:    March 5, 2020
          New York, New York

_____
    KATHERINE POLK FAILLA
    United States District Judge