**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
L.E.K. CONSULTING LLC,

                Plaintiff,

   -against-                                            19 **CIVIL** 10648 (KPF)

                                                                     **JUDGMENT**

AMICUS CAPITAL PARTNERS, LLC,

                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 13, 2021, Plaintiff's motion for attorneys' fees and costs is GRANTED as follows: attorneys' fees are awarded in the amount of $13,500, and costs in the amount of $226.60. Accordingly, for the reasons set forth in the Order and this Court's prior Order of September 15, 2020, judgment is entered against Defendant in the following amounts: $472,250 in damages; $84,688.39 in interest from the date of the Court's September 15, 2020 Order to the date of this Order; continuing interest at a rate of 18% per annum from the date of this Order forward; $13,500 in attorneys' fees; and $226.60 in costs of suit, for a total of $570,664.99.

**Dated:**  New York, New York

       September 14, 2021

                                                                     **RUBY J. KRAJICK**
                                                                      **Clerk of Court**
                                    **BY:**     K. Mango
                                                                       **Deputy Clerk**